# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STACY CALVERT,

              Plaintiff,

vs.

ALESSI & KOENIG, LLC,

              Defendant.

Case No. 2:11-cv-00411-GMN-PAL

**ORDER**

      This matter is before the court on Defendant's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed March 17, 2011. Defendant's Answer (Dkt. #6) was filed April 19, 2011. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendant has failed to comply. Accordingly,

      **IT IS ORDERED** Defendant shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., May 19, 2011.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      Dated this 5th day of May, 2011.

                                                            _____
                                                            Peggy A. Leen
                                                            United States Magistrate Judge